**STATE of Maine**

v.

**Ronald L. MANSIR.**

Supreme Judicial Court of Maine.

Oct. 13, 1977.

David M. Cox, Dist. Atty. (orally), John A. Woodcock, Jr., Bangor, for plaintiff.

Dean A. Beaupain (orally), Millinocket, for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, DELAHANTY, GODFREY and NICHOLS, JJ.

### ORDER

The judgment of the Superior Court is affirmed. *State v. Bonney,* Me., 351 A.2d 107 (1976).

The entry must be:

Appeal denied.

All Justices concurring.